UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES S. SCOTT,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**RAYMOND POERIO,** *et al.***,**<br><br>            **Defendants.** | Civ. No. 2:13-cv-01875 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on (1) a motion to dismiss filed by Defendants Raymond Poerio, Robert LaCosta, Bozena Lacina, and Jana Giannaci (ECF No. 6); (2) a motion to dismiss filed by Defendant Jackie Fresco (ECF No. 8); (3) a motion to dismiss filed by Defendant Richard S. Nachwalter (ECF No. 9); and (4) a motion to dismiss filed by Defendant Kathleen Odgers (ECF No. 11); for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 8th day of July 2013, hereby,

**ORDERED** that all four motions to dismiss are **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

              /s/ William J. Martini              
**WILLIAM J. MARTINI, U.S.D.J.**