# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JAMES S. SCOTT,** | Civ. No. 2:13-cv-01875 (WJM) |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **RAYMOND POERIO,** *et al.*, | |
| **Defendants.** | |

**THIS MATTER** comes before the Court on (1) a motion to dismiss filed by Defendants Raymond Poerio, Robert LaCosta, Bozena Lacina, and Jana Giannaci (ECF No. 6); (2) a motion to dismiss filed by Defendant Jackie Fresco (ECF No. 8); (3) a motion to dismiss filed by Defendant Richard S. Nachwalter (ECF No. 9); and (4) a motion to dismiss filed by Defendant Kathleen Odgers (ECF No. 11); for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 8th day of July 2013, hereby,

**ORDERED** that all four motions to dismiss are **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**